NEW YORK LIFE INSURANCE COMPANY v. YETTA BECKERMAN now Known as YETTA LANDMAN.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.